```
MARLENE G. WEINSTEIN, ESQ.
Attorney Bar No. 079429
LAW OFFICE OF
MARLENE G. WEINSTEIN
1111 Civic Dr., Suite 380
Walnut Creek, CA 94596
Telephone: (925) 942-5100

Attorney for Plaintiff
HARPAL KAUR GILL
```

**Signed: July 21, 2010**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br>**HARPAL KAUR GILL,**<br><br>                          **Debtor.** | **Case No. 08-42624 RJN-13**<br>**Chapter 13** |
| **HARPAL KAUR GILL,**<br><br>                          **Plaintiff,**<br><br>**vs.**<br><br>**HSBC MORTGAGE SERVICES, INC. and LIME FINANCIAL SERVICES, LTD.,**<br><br>                          **Defendants.** | **ADVERSARY PROCEEDING NO. 08-04294 RN**<br><br>**<u>DEFAULT JUDGMENT</u>** |

     The Complaint to Determine the Nature, Extent and Validity of Lien and To Disallow Secured Claim ("the Complaint") was filed with the Court on October 10, 2008, and an Application For Default Judgment, Declaration of Marlene G. Weinstein and Request For Judicial Notice in support thereof was submitted by plaintiff, Harpal Kaur Gill

Default Judgment

("Plaintiff" and/or "Debtor"), by and through her attorney of record, Marlene G. Weinstein of the Law Office of Marlene G. Weinstein, with respect to avoiding the lien of defendants, HSBC MORTGAGE SERVICES, INC.("HSBC MORTGAGE") and LIME FINANCIAL SERVICES, LTD. ("LIME FINANCIAL") [hereinafter referred to collectively as "the Lienholders"], which lien is evidenced by the deed of trust recorded on April 18, 2006, in the Official Records of Contra Costa County, as Document Number 2006-0120355-00, against Plaintiff's real property commonly known as 5028 Garvin Avenue, Richmond, California 94825 ("the Property"), and more fully described below:

> Lot 2, Block 19, Map of East Richmond Blvd., Filed April 6, 2908, Map Book 1, Page 19, Contra Costa County Records.
>
> Assessor's Parcel Number: 523-042-004-3.

The Court finds that service upon Lienholders was proper. The Lienholders having failed to file answers to the Complaint and defaults against the Lienholders having been entered by the Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that judgment in the above-captioned adversary proceeding is hereby entered in favor of Plaintiff and against the Lienholders, as follows:

1. For purposes of Debtor's Chapter 13 plan only, the lien evidenced by the deed of trust recorded on April 18, 2006, in the Official Records of Contra Costa County, as Document Number 2006-0120355-00 ("the LIEN"), is valued as zero;

Default Judgment

2

2. HSBC MORTGAGE SERVICES, INC. does not have a secured claim;

3. LIME FINANCIAL SERVICES, LTD. does not have a secured claim;

4. The LIEN may not be enforced pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327;

5. The within judgment shall become part of Debtor's confirmed Chapter 13 plan;

6. Upon entry of a discharge in Debtor's Chapter 13 case, the LIEN shall be voided for all purposes, and upon application by Debtor, the Court will enter an appropriate form of judgment voiding the LIEN;

7. If Debtor's Chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this judgment shall cease to be effective and the LIEN shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Defendants, the court will enter an appropriate form of order restoring the LIEN; and,

8. Except as provided by a separate, subsequent judgment or order of this court, the LIEN may not be enforced so long as this judgment remains in effect.

* * * END OF ORDER * * *

Default Judgment

3

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | |
| 3 | |
| 4 | Michael C. Baldwin, President<br>LIME FINANCIAL SERVICES, LTD. |
| 5 | 5885 SW Meadows Road, Suite 600<br>Lake Oswego, OR 97035 |
| 6 | |
| 7 | Michael C. Baldwin, President |
| 8 | LIME FINANCIAL SERVICES, LTD.<br>P.O. Box 65415 |
| 9 | Salt Lake City, UT 84165-0415 |
| 10 | |
| 11 | Corporation Service Company<br>Oregon Agent for Service of Process for |
| 12 | LIME FINANCIAL SERVICES, LTD.<br>285 Liberty Street |
| 13 | Salem, OR 97301 |
| 14 | |
| 15 | LIME FINANCIAL SERVICES, LTD.<br>c/o Debra Bowen |
| 16 | California Secretary of State<br>1500 - 11th Street |
| 17 | Sacramento, CA 94540-5004 |
| 18 | |
| 19 | Maria Borreson<br>Authorized Agent for |
| 20 | HSBC Mortgage Services<br>P.O. Box 21188 |
| 21 | Eagan, MN 55121-4201 |
| 22 | |
| 23 | CT Corporation System<br>Agent for Service of Process for |
| 24 | HSBC MORTGAGE SERVICES, INC. |
| 25 | 818 West Seventh Street<br>Los Angeles, Ca 90017 |
| 26 | |
| 27 | /// |
| 28 | /// |

Default Judgment

4

| | |
|---|---|
| 1 | Deborah A.L. Grimes |
| 2 | Moss Codilis, L.L.P.<br>AUTHORIZED AGENT/ENTITY FOR |
| 3 | HSBC Mortgage Services<br>P.O. Box 21188 |
| 4 | Eagan, MN 55121-4201 |
| 5 | |
| 6 | HSBC MORTGAGE SERVICES, INC.<br>Attn: President, Officer or Director |
| 7 | 26525 N. Riverwoods Blvd.<br>Mettawa, IL 60045 |
| 8 | |
| 9 | |
| 10 | Martha G. Bronitsky, Esq.<br>Chapter 13 Standing Trustee |
| 11 | P.O. Box 5004<br>Hayward, CA  94540-5004 |
| 12 | |
| 13 | Marlene G. Weinstein, Esq. |
| 14 | Law Office of Marlene G. Weinstein<br>1111 Civic Drive, Suite 380 |
| 15 | Walnut Creek, CA 94596 |
| 16 | |
| 17 | United States Trustee<br>1301 Clay St., #690N |
| 18 | Oakland, CA 94612 |
| 19 | |
| 20 | Harpal Kaur Gill<br>5028 Garvin Avenue |
| 21 | Richmond, CA 94805 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Default Judgment

5